UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ELITE WHEEL DISTRIBUTORS, INC.,**

    *Plaintiff,*

v.   No. 8:23-CV-00930-KKM-CPT

**WHEEL PROS, LLC.**

    *Defendant.*

---

**DEFENDANT WHEEL PROS, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Wheel Pros, LLC, hereby submits the following Corporate Disclosure Statement:

Wheel Pros, LLC, is a limited liability company not a corporation. The parent corporations, and publicly held corporations owning an interest of 10% or more of Wheel Pros, LLC, are: Wheel Pros, Inc.; Wheel Pros Intermediate, Inc.; Wheel Pros Intermediate Holdings, Inc.; Wheel Pros Parent, Inc.; Wheel Pros Parent II, Inc. and Wheel Pros Holdings, L.P.

Dated: June 22, 2023.

By,

/s/ Neil D. Greenstein
    NEIL D. GREENSTEIN
    ndg@techmark.com
    (*pro hac vice*)
    ndg@techmark.com
    TechMark®
    1934 Old Gallows Rd., 3rd Floor
    Vienna, VA 22182
    Telephone: (347) 514-7717
    E-mail: ndg@techmark.com

-and-

CAMERON S. FRYE (Lead Counsel)
Florida Bar Number 105142
de Beaubien, Simmons, Knight, Mantzaris & Neal, LLP
609 West Horatio Street
Tampa, Florida 33606
Telephone: (813) 251-5825
Facsimile: (813) 254-1063
cfrye@dsklawgroup.com

*Attorneys for Defendant.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 22, 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all CM/ECF registered recipients.

/s/ Neil D. Greenstein